## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| KEITH BRYANT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | NO. |
| JDM III GA, LLC, STATE FARM | ) | |
| MUTUAL AUTOMOBILE | ) | [On removal from State Court of |
| INSURANCE COMPANY, CBRE, | ) | Fulton County, Civil Action File |
| INC., and JOHN DOE | ) | No. 25EV001448] |
| CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

JDM III GA, LLC and State Farm Mutual Automobile Insurance Company

("State Farm"), Defendants in the above-styled civil action, hereby file this Notice

of Removal pursuant to 28 U.S.C. §§ 1441 and 1446 within the time prescribed by

law, respectfully showing this Court as follows:

1.

On February 12, 2025, Plaintiff Keith Edwards ("Plaintiff"), by and through

counsel, filed a Complaint against Defendants in the State Court of Fulton County,

Georgia, styled as *Keith Bryant v. JDM III GA, LLC, State Farm Mutual*

*Automobile Insurance Company, CBRE, Inc., and John Doe Corporation*, and

assigned Civil Action File No. 25EV001448 (the "State Court Action"). True and

correct copies of all filings to date in the State Court Action are collectively attached hereto as **Exhibit "1"**.

2.

On February 25, 2025, JDM II GA LLC was served with the Summons and Complaint.  This Notice of Removal is filed within 30 days of February 25, 2025, the date on which JDM II GA LLC was served with the Complaint and notice of the subject lawsuit.  This Notice of Removal is also filed within one year of the commencement of the action.  Thus, removal is timely under 28 U.S.C. § 1446(b).

3.

The United States District Court for the Northern District of Georgia, Atlanta Division, embraces Fulton County, Georgia. Thus, removal to this Court is proper under 28 U.S.C. § 1441(a).

## DIVERSITY JURISDICTION

4.

The United States District Court for the Northern District of Georgia, Atlanta Division, possesses diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

5.

Plaintiff is a citizen of Georgia.

6.

At all times relevant to this action, State Farm was a corporation organized under the laws of the State of Illinois, with its principal place of business in the State of Illinois.  Thus, State Farm is a citizen of the State of Illinois.

7.

At all times relevant to this action, JDM II GA LLC was a limited liability company, organized under the laws of the State of Arizona, with its principal place of business in the State of Arizona.  Its members are Jerry Colangelo, David Eaton, and Mel Shultz, all of whom are citizens of Arizona.  Thus, JDM II GA LLC is a citizen of the State of Arizona.

8.

At all times relevant to this action, upon information and belief, CBRE, Inc. was a company, organized under the laws of the State of Delaware, with its principal place of business in the State of Texas.  Thus, CBRE, Inc. is a citizen of the States of Texas and Delaware.  JDM II GA LLC and State Farm are authorized to state that they have consent to file this removal.

9.

Because Plaintiff, on one hand, and Defendants JDM II GA LLC, State Farm, and CBRE, Inc., on the other hand, are citizens of different States, complete

diversity exists between Plaintiff and Defendants in accordance with 28 U.S.C. § 1332(a)(1).

10.

In his Complaint, Plaintiff alleges that he is entitled to in excess of $100,000 in special damages. Plaintiff asserts that these amounts will increase and that he is entitled to general damages. Thus, the amount of damages sought by Plaintiff at the trial of this case is in excess of $75,000.00. Accordingly, the amount in controversy exceeds $75,000.00, exclusive of interest and costs, as required by 28 U.S.C. § 1332(a).

11.

Venue is proper in this Court for purposes of removal under 28 U.S.C. § 1441(a), but not necessarily for purposes of 28 U.S.C. § 1391 or any other applicable venue provision. By filing this Notice of Removal, Defendants do not waive any of its jurisdictional objections or affirmative defenses.

12.

Pursuant to 28 U.S.C. § 1446(d), promptly after the filing of this Notice of Removal, Defendants JDM II GA LLC and State Farm will give written notice to Plaintiff by notifying his attorneys of record, Taylor M. Barnett, Esq. and Philip T. Poole, Esq., HAMMERS LAW FIRM, LLC, 5555 Glenridge Connector, Suite 975, Atlanta, Georgia 30342 and Scott M. Patterson, Esq., Montlick and Associates, 17

Executive Park Drive, Suite 300, Atlanta, Georgia 30329 and will file a copy of this Notice of Removal with the Clerk of State Court of Fulton County, which shall effect the removal.

WHEREFORE, JDM II GA LLC and State Farm pray that this action proceed in this Court as an action properly removed pursuant to 28 U.S.C. § 1446, and that no further proceedings be had in said case in the State Court of Fulton County, Georgia.

This __27th__ day of March, 2025.

SWIFT CURRIE MCGHEE & HIERS, LLP

 /s/ *Rebecca E. Strickland*
Rebecca E. Strickland, Esq.
Georgia Bar No. 358183
*Attorney for Defendants State Farm*
*Mutual Automobile Insurance Company*
*and JDM III GA, LLC*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel:  404-874-8800
Fax: 470-600-5990
rebecca.strickland@swiftcurrie.com

## <u>LOCAL RULE 5.1C CERTIFICATION</u>

By signature below, counsel certifies that the foregoing pleading was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1C.

This __27th__ day of March, 2025.

SWIFT CURRIE MCGHEE & HIERS, LLP

*/s/ Rebecca E. Strickland*
Rebecca E. Strickland, Esq.
Georgia Bar No. 358183
*Attorney for Defendants State Farm*
*Mutual Automobile Insurance Company*
*and JDM III GA, LLC*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel:  404-874-8800
Fax: 470-600-5990
rebecca.strickland@swiftcurrie.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify I have this day electronically filed the foregoing ***NOTICE***

***OF REMOVAL*** with the Clerk of Court via the CM/ECF system, through which

the Court will send notification to the following attorney:

Taylor M. Barnett, Esq.                    Pamela S. Hallford, Esq.
Philip T. Poole, Esq.                      CARR ALLISON
HAMMERS LAW FIRM, LLC                      200 Grove Park Lane
5555 Glenridge Connector, Suite 975        Suite 200
Atlanta, Georgia 30342                     Dothan, AL 36305
taylor@harnrnerslawfirm.com                pshallford@carrallison.com
philip@ammerslawfirm.com                   *Attorney for Defendant, CBRE, Inc.*
*Attorneys for Plaintiff*

Scott M. Patterson, Esq.
Montlick and Associates
17 Executive Park Drive, Suite 300
Atlanta, Georgia 30329
spatterson@montlick.com
*Attorney for Plaintiff*

This __27th__ day of March, 2025.

SWIFT CURRIE MCGHEE & HIERS, LLP

*/s/ Rebecca E. Strickland*
Rebecca E. Strickland, Esq.
Georgia Bar No. 358183
*Attorney for Defendants State Farm*
*Mutual Automobile Insurance Company*
*and JDM III GA, LLC*

1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309
Tel:  404-874-8800
Fax: 470-600-5990
rebecca.strickland@swiftcurrie.com

4931-5600-5935, v. 1